UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

THE BIRTH DATE OF TAI DUC DUONG

No. MC19-0082RSL

ORDER

This matter comes before the Court on the petition of Tai Duc Duong to establish the date of his birth. Petitioner has been informed that the United States Citizenship and Immigration Service ("USCIS") cannot process a request to change his date of birth on his naturalization certificate because it lacks the power to do so. Dkt. # 2-1 at 2-4. As the federal court which presided over petitioner's naturalization in 1985, this Court has jurisdiction to correct and/or alter its decree naturalizing petitioner. See pre-1988 version of Section 340(j) of the Immigration and Nationality Act; pre-1990 version of Section 340(i) of the Immigration and Nationality Act.

Having reviewed the documents submitted, including the affidavits of petitioner and his father as well as the Registration of Birth issued by the State of California, County of Alemeda in 1994, the Court GRANTS the petition. Petitioner's date of birth is hereby declared to be May 12, ▮. The Court corrects its prior judgment or decree naturalizing petitioner to reflect a birth date of May 12, ▮, and USCIS is directed to issue

petitioner an amended certificate of naturalization bearing that birth date.

Dated this 16th day of July, 2019.

_____
Robert S. Lasnik
United States District Judge